

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00449-CV

PHILLIP YOUNG                                                                    APPELLANT

V.

ROBERT J. ROGERS AND DAISY                                          APPELLEES
P. ROGERS

----------

## FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

----------

## **MEMORANDUM OPINION**[1]

----------

On December 7, 2012, we referred this case to mediation.  On January 7, 2013, we received notice from the mediator that the parties had "entered into a written agreement settling all issues on appeal."  In response to our March 12, 2013 letter seeking a joint motion for dismissal or for an extension of time and indicating that this appeal was subject to dismissal unless we received a timely

---

[1]*See* Tex. R. App. P. 47.4.

response showing grounds for continuing the appeal, the parties filed a "Joint Motion to Reverse and Remand to Enter Agreed Judgment." On March 28, 2013, we therefore abated this appeal and remanded this case for the trial court to enter an order in accordance with the parties' settlement agreement.[2] We noted in our order that the appeal remained subject to dismissal absent the filing of a motion to continue the appeal.

On May 2, 2013, the trial court and the parties' attorneys signed an agreed final judgment. On May 15, 2013, we reinstated the appeal. We have received no motion to continue the appeal. Accordingly, the appeal is dismissed.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: June 6, 2013

---

[2]*See* Tex. R. App. P. 42.1(a)(2)(C).

[3]*See id.*

2